302 U.S. 723
 58 S.Ct. 44
 82 L.Ed. 558
 LOUISVILLE TRUST CO. and James E. Fahey, Trustee, etc., petitioners,
v.
Guy T. HELVERING, Commissioner of Internal Revenue.
 No. 310.
 Supreme Court of the United States
 October 11, 1937
 
 Mr. Camden R. McAtee, of Washington, D. C., for petitioner.
 
 
 1
 For decision below, see 89 F.(2d) 1012.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 776, 58 S.Ct. 136, 82 L.Ed. ——.